UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                             Criminal No. 12-cr-48-01-JL

Ethan R. Clark

O R D E R

The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted. While the court is concerned that discovery remains outstanding less than 3 weeks before the original trial date, the court assumes (and defense counsel has not alleged) that the delay is attributable to the prosecutor, who enjoys an excellent reputation for conscientiousness and compliance with the applicable rules. Final Pretrial is rescheduled to August 29, 2012 at 10:00 a.m.; Trial is continued to the two-week period beginning September 5, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date: June 22, 2012

cc: Jeffrey Levin, Esq.
    Terry Ollila, Esq.
    U.S. Marshal
    U.S. Probation